B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Middle District of Florida<br>Tampa Division | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Avontair, Inc. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>Ardent Acquisition Corp. |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>4311 General Howard Drive<br>Clearwater, FL 33762<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Pinellas County, FL 33762                ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) ||
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☒ Chapter 7     ☐ Chapter 11 ||

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | FILING FEE (Check one box)<br>☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |
|---|---|

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURTHOUSE ONLY   FILED 2013 JUL 25 PM 12:39

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor  Avantair Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ R David Jones, Manager<br>Signature of Petitioner or Representative (State title)<br>SOLDIER CREEK RANCH LLC    7-15-13<br>Name of Petitioner         Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>R DAVID JONES<br>600 W. 6th ST, Ste 300<br>Fort Worth TX 76102 | x /s/    7-24-13<br>Signature of Attorney         Date<br>Name of Attorney Firm (if any)  BRUCE W. AKERLY<br>CANTEY HANGER LLP<br>Address  1999 BRYAN SUITE 3330<br>DALLAS TEXAS 75201<br>Telephone No.  214-978-4129 |
| x /s/ R David Jones, Individually<br>Signature of Petitioner or Representative (State title)<br>R DAVID JONES    7-15-13<br>Name of Petitioner         Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>600 W. 6th St.<br>Ste 300<br>Fort Worth TX 76102 | x<br>Signature of Attorney         Date<br>Name of Attorney Firm (if any)  SAME<br>Address<br>Telephone No. |
| x<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner         Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity | x<br>Signature of Attorney         Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| SOLDIER CREEK RANCH LLC | Breach of Contract | $11,250.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

__2__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor  Avantair, Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  R. David Jones  Manager
Signature of Petitioner or Representative (State title)

SOLDIER CREEK RANCH LLC      7-15-13
Name of Petitioner                     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
R DAVID JONES
600 W. 6th St, Ste 300
Fort Worth, TX 76102

x _____
Signature of Attorney       Date

Name of Attorney Firm (If any): _____
Address: _____
Telephone No.: _____

---

x  R. David Jones  Individually
Signature of Petitioner or Representative (State title)

R DAVID JONES      7-15-13
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
600 W. 6th St.
Ste 300
Fort Worth, TX 76102

x _____
Signature of Attorney       Date

Name of Attorney Firm (If any): _____
Address: _____
Telephone No.: _____

---

x  Joel Trammell
Signature of Petitioner or Representative (State title)

Joel Trammell
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
1620 Palomino Ridge Dr.
Austin, TX 78733

x  BmA                 7-24-13
Signature of Attorney       Date

Name of Attorney Firm: BRUCE W. AKERLY
CANTEY HANGER LLP
Address: 1999 BRYAN SUITE 3330
DALLAS TEXAS 75201
Telephone No.: 214-978-4129

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| SOLDIER CREEK RANCH LLC | Breach of Contract | $11,250.00 |
| Joel Trammell, 1620 Palomino Ridge Dr. Austin, Texas 78733 | Breach of Contract | $1,554.00 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                                Name of Debtor  Avantair, Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Mike L. Allred_ <br> Signature of Petitioner or Representative (State title) <br> Mike L. Allred    7-22-13 <br> Name of Petitioner        Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity:  4451 S. Mingo, Co-Trustee, Michael L. Allred Revocable Trust | x _[signature]_   7-24-13 <br> Signature of Attorney        Date <br> BRUCE W. AKERLY <br> Name of Attorney Firm: CANTEY HANGER LLP <br> 1999 BRYAN SUITE 3330 <br> Address   DALLAS TEXAS 75201 <br><br> Telephone No. 214-978-4129 |
| x_____ <br> Signature of Petitioner or Representative (State title) <br><br> Name of Petitioner        Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity | x_____ <br> Signature of Attorney        Date <br><br> Name of Attorney Firm (If any) <br><br> Address <br><br> Telephone No. |
| x_____ <br> Signature of Petitioner or Representative (State title) <br><br> Name of Petitioner        Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity | x_____ <br> Signature of Attorney        Date <br><br> Name of Attorney Firm (If any) <br><br> Address <br><br> Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Michael L. Allred, Co-Trustee, Michael L. Allred Rev. Trust | Breach of Contract | $241,000.00 |
| (See above) | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached



IN RE: AVANTAIR, INC. f/k/a Ardent Acquisition Corp.

DATED: July 25, 2013.

                                                                                       GLENN RASMUSSEN, P.A.

By: _____
Robert B. Glenn
Florida Bar No. 159844
100 S. Ashley Drive, Suite 1300
Tampa, FL 33602
Telephone: (813) 229-3333
Facsimile: (813) 229-5946
Co-counsel for Petitioning Creditors

00098-00000 909150 v1