**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Avantair, Inc.                                     Case No. 8:13-bk-09719-CPM
                                                   Chapter 7

      Involuntary Debtor.

_____/

**NOTICE OF APPEARANCE BY HOLLAND &**
**KNIGHT LLP AND REQUEST FOR BANKRUPTCY NOTICES**

Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Rod Anderson of

Holland & Knight LLP hereby files this Notice of Appearance on behalf of Tampa Bay Rays

Baseball, Ltd. (the "Creditor") in the above-styled proceeding.

In addition, pursuant to Bankruptcy Rule 2002, the Creditor requests that all notices and

other papers required to be served on creditors, official committees, or other parties-in-interest

(whether served by the Court, the debtor, or any other party) be served on the undersigned law

firm.

      /s/ Rod Anderson
      Rod Anderson
      Florida Bar No. 370762
      HOLLAND & KNIGHT LLP
      P.O. Box 1288
      Tampa, FL 33601
      Phone: 813-227-8500
      Fax: 813-229-0134

      Attorneys for Tampa Bay Rays Baseball,
      Ltd.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by the Court's electronic notification system or by U.S. Mail this 21st day of August, 2013, to:

Robert M. Klein, Esq.                     Beth Ann Scharrer, Trustee
McDermott Will & Emery LLP                P.O. Box 4550
333 Avenue of Americas                    Seminole, FL 33775-4550
Suite 4500
Miami, FL 33131
Attorneys for Debtor

All parties participating in CM/ECF


/s/ Rod Anderson
                                          Attorney

2

#25528772_v1 056255-49