ORDERED.

**Dated:  December 18, 2019**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

AVANTAIR, INC.,

    Debtor.

_____/

Case No. 13-09719-CPM
Chapter 7

**ORDER  SUSTAINING TRUSTEE'S**
**OBJECTION TO CLAIM OF RICHARD MALTBIE, SR.**
**(CLAIM NO. 271) AND REQUEST TO SHORTEN NOTICE**
(Doc. 2257)

THIS CASE CAME before the Court for hearing on December 13, 2019 at 11:00 a.m. on the *Trustee's Objection to Claim of Richard Maltbie (Claim No. 271) and Request to Shorten Notice* (the "Objection") (Doc. 2257), filed by Beth Ann Scharrer as Chapter 7 Trustee for the estate of Avantair, Inc.  The Court, having heard argument from counsel and being otherwise duly advised in the premises, and for the reasons stated orally and recorded in open court, which shall constitute the findings of the Court, it is thereupon:

**ORDERED:**

1.      The Objection is **SUSTAINED**.

2.      Claim No. 87 is allowed as a general unsecured non-priority claim.

Attorney Lynn Welter Sherman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

14601823_1