ORDERED.

Dated: **December 18, 2019**

_Catherine Peek McEwen_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

AVANTAIR, INC.,

    Debtor.

_____/

Case No. 13-09719-CPM
Chapter 7

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM 177; GRANTING
MOTION FOR ORDER ALLOWING PAIGE VERVILLE TO RECEIVE LUMP SUM
DISTRIBUTION FROM QUALIFIED SETTLEMENT FUND _CY PRES_; AND
GRANTING RELATED RELIEF AND REQUEST TO SHORTEN NOTICE**
(Doc. 2261)

THIS CASE CAME before the Court for hearing on December 13, 2019 at 11:00 a.m. on the _Trustee's Objection to Claim N177; Motion for Order Allowing Paige Verville to Receive Lump Sum Distribution from Qualified Settlement Fund Cy Pres; and Granting Related Relief and Request to Shorten Notice_ (Doc. 2261) (the "Objection"), filed by Beth Ann Scharrer as Chapter 7 Trustee for the estate of Avantair, Inc. The Court, having heard argument from

counsel and being otherwise duly advised in the premises, and for the reasons stated orally and recorded in open court, which shall constitute the findings of the Court, it is thereupon:

**ORDERED:**

1. The Objection is **SUSTAINED**.

2. Claim No. 177 is disallowed.

3. Paige Verville is allowed to receive a lump sum $500.00 distribution from the qualified settlement fund *cy pres*.

Attorney Lynn Welter Sherman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

14601828_1